BEFORE THE FIRST DIVISION, MARCH 17, 1959

No. 62849.—Traveler Trading Co. v. United States, protest 328772–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of artificial flowers the same in all material respects as those the subject of Abstract 61346, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 17, 1959

No. 62850.—Shell Oil Co. et al. v. United States, protests 285894–K, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel oil-well casings the same in all material respects as those the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C.D. 1804), the claim of the plaintiffs was sustained.

No. 62851.—C. A. Haynes & Co. v. United States, protest 58/780 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.